IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
5:24-CV-98

THE UNITED STATES OF AMERICA *ex rel*. SIDESOLVE LLC,

      Plaintiff-Relator,

      v.

TAIJI GROUP USA, INC.,

      Defendant.

**ORDER**

Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States has intervened in the above-captioned matter for purposes of settlement in this action. It is **THEREFORE ORDERED THAT**:

1.      The *qui tam* Complaint (Doc. 2) and United States' Notice of Election to Intervene for Purposes of Effectuating Settlement (Doc. 14) shall be unsealed.

2.      All other documents in this case shall remain under seal.

3.      The seal be lifted as to all other matters occurring in this action after the date of this Order.

**SO ORDERED**.